

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

## C O R R E C T E D   O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED. The reply brief is due on April 13, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court